Victoria FOUNTAIN, Employee–
Appellant Below, Appellant,

v.

MCDONALD'S, Employer–Appellee
Below, Appellee.

No. 388, 2016

Supreme Court of Delaware.

Submitted: March 15, 2017
Decided: March 22, 2017

Court Below—Superior Court of the
State of Delaware, C. A. No. S15A–07–005

AFFIRMED.